

```
                    FILED
        CLERK, U.S. DISTRICT COURT

              8/15/2024

        CENTRAL DISTRICT OF CALIFORNIA
        BY: ___MMC_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                PLAINTIFF<br><br>    v.<br><br>MARK CHAVEZ,<br><br>                DEFENDANT(S) | CASE NUMBER<br><br>CR No.   2:24-CR-00492-MWF<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. SANGHA</u>, Case No. CR 24-000236-SPG, <u>United States v. Iwamasa</u>, CR 24-408-SPG, and <u>United States v. Fleming</u>, CR 24-417-SPG which:

   __x__     are all assigned to the Honorable Sherilyn Peace Garnett;

   _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __x__     the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: August 14, 2024

 

_____
IAN V. YANNIELLO
Assistant United States Attorney