## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:24-cr-00492 MWF |
| v. | |
| Mark Chavez | **ORDER RE TRANSFER** |
| DEFENDANT(S). | **(Related Criminal Cases)** |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

August 22, 2024
_____
Date

Sherilyn Peace Garnett
_____
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

_____          _____
Date                                       United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:24-cr-00236 SPG _____ and the present case:

☒  A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☐  B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____SPG_____ after the case number in place of the initials of the prior judge, so that the case number will read  2:24-cr-00492 SPG _____ . This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ PSALA    ☐ PSAED    ☐ USMLA    ☐ USMSA    ☐ USMED    ☐ Previous Judge    ☐ Statistics Clerk