UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.   2:24-CR-00492-SPG                                    Date: 8/30/2024

Present:  The Honorable: Jean P. Rosenbluth

Interpreter  N/A                                               Language  N/A

| Bea Martinez | CS 08/30/2024 | Ian Yanniello & Xiohan Cai |
|---|---|---|
| _Deputy Clerk_ | _Court Reporter / Recorder_ | _Assistant U.S. Attorney_ |

U.S.A. v. Defendant(s)  ✓ Present  Appearing on Summons        Attorneys for Defendants:  ✓ Present  Retained

Mark Chavez                                                    Matthew Binninger

**Proceedings: Arraignment of**     ✓ **Assignment of Case**        **Appointment of Counsel**
**Defendant and/or**                **Initial Appearance**

* Court does not question defendant as to true name.

* Defendant is arraigned under name on charging document.

* Defendant acknowledges having read the charging document and discussed it with counsel.

* Waiver of Indictment is submitted, accepted by the Court, and filed.

* Plea agreement had been filed.

* Victims have been notified.

* This case is assigned to Judge Sherilyn Peace Garnett.

* Counsel are ordered to contact the court clerk Patricia Gomez at (213) 894-2309 regarding the setting of dates for the guilty plea and all further proceedings. Judge Garnett is located in 5C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA         PSAED         PSASA
  ✓   USMLA         USMED         USMSA          **Initial Appearance/Appointment of Counsel:** 00 : 00
      Statistics Clerk                    Interpreter              **Arraignment:** 00 : 03
      CJA Supervising Attorney        Fiscal
                                                        **Initials of Deputy Clerk:** BM by CGM