| | |
|---|---|
| **MATTHEW C. BINNINGER** | **ZACH A. BROOKS** |
| California State Bar No. 265148 | California State Bar No. 346455 |
| LAW OFFICE OF MATTHEW C. BINNINGER, APC | ZACH BROOKS LAW, SP |
| 401 West A Street, Suite 200 | 421 Broadway Unit 698 |
| San Diego, California 92101 | San Diego, California 92101 |
| Telephone: (619) 889-2665 | Telephone: (619) 786-2785 |
| matt@binningerlaw.com | zbrooks@zachbrookslaw.com |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAVEZ, Mark<br><br>Defendant. | Case No.: 2:24-CR-00492-1<br><br>Honorable Sherilyn Peace Garnett<br>Date: September 17, 2025<br>Time: 10:30 a.m.<br>Courtroom<br><br>**OBJECTION TO THE PRESENTENCE REPORT** |

Mark Chavez, ("Mr. Chavez"), by and through his attorneys Matthew C. Binninger and Zach A. Brooks, pursuant to Local Criminal Rule No. 32-3.2, hereby files the following Objection to the Presentence Report (PSR).

## I.
## LEGAL OBJECTION

Mr. Chavez objects to Probation's recommendation of a 12-month upward variance. While Mr. Chavez acknowledges that his conduct involved an abuse of trust (already

captured by the two-level enhancement under U.S.S.G. § 3B1.3), the record does not support an additional variance.

From the outset, Mr. Chavez accepted responsibility. In the plea agreement, he expressly acknowledged that his conduct involved an abuse of trust, and he pled guilty at the earliest opportunity, cooperated fully with the government, and voluntarily surrendered his medical license without compulsion from the Court. These steps demonstrate meaningful acceptance of the consequences of his actions and distinguish him from defendants who minimize or delay accountability.

Probation also cites drug quantity as a basis for departure. But the Guidelines already account for drug amounts under § 2D1.1. The offense here involved 189 units of ketamine, a quantity far below any bracket that would warrant a custodial range approaching 12 months.

Taken together, these facts place the case squarely within the heartland of § 3B1.3 offenses. The advisory Guidelines range of 0–6 months properly balances the seriousness of the offense with the weight of Mr. Chavez's early plea, cooperation, and voluntary surrender of his license. Respectfully, the defense submits that a sentence within this range is sufficient but not greater than necessary under 18 U.S.C. § 3553(a).

## II.
## CONCLUSION

For the foregoing reasons, Mr. Chavez respectfully requests that the Court reject the probation officer's recommendation for an upward variance and impose a sentence within the properly calculated advisory Guidelines range.

/ / /

/ / /

|    |    |    |
|----|----|----|
| 1  |    | Respectfully submitted, |
| 2  |    |    |
|    |    | /s/Matthew C. Binninger |
| 3  | DATED: August 26, 2025 | **MATTHEW C. BINNINGER** |
| 4  |    | Law Office of Matthew C. Binninger, APC |
|    |    | Attorney for Mr. Chavez |
| 5  |    |    |
| 6  |    | /s/Zach A. Brooks |
|    |    | **ZACH A. BROOKS** |
| 7  |    | Zach Brooks Law, SP |
| 8  |    | Attorney for Mr. Chavez |

3

24-CR-00492-1