UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARK CHAVEZ,<br><br>　　　　Defendant. | No. CR 24-492-SPG<br><br>ORDER CONTINUING SENTENCING HEARING DATE |

The Court has read and considered the Stipulation to Continue Sentencing Hearing for Defendant MARK CHAVEZ ("defendant"). The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing for defendant, currently set for September 17, 2025, is continued to December 17, 2025, at 9:00 a.m.

IT IS SO ORDERED.

August 28, 2025
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE