# EXHIBIT A

My name is Dale B. Gonzales, and I am writing on behalf of my lifelong friend, Dr. Mark Chavez. Mark and I grew up together, and our friendship has spanned over five decades. Over all these years, I have come to know him not only as a dear friend but as a person of integrity, kindness, and generosity.

From our earliest days as children to now, well into our fifties, Mark has always shown a remarkable ability to connect with and support those around him. He has consistently been the kind of person who is ready to listen, to offer thoughtful advice, and to extend a helping hand whenever someone is in need. His generosity of spirit has earned him the deep respect and loyalty of many friends, myself included.

Mark inspires those around him to live healthier and more balanced lives. Personally, he has encouraged me to exercise regularly, eat well, and take better care of my health—guidance that has made a meaningful difference in my life. I know that I am not the only one who has been positively influenced by his example; his impact extends widely through the many friendships and connections he has nurtured over the years.

I respectfully ask that you consider Dr Chavez's strong character which is something that I have known my entire life. Mark is not defined solely by this moment, but also by a lifetime of kindness, loyalty, and the ability to inspire, help, and uplift others.

Thank you for your time and consideration.

Respectfully,

Dale B. Gonzales