# EXHIBIT B

Clarence Vincent Lithgow III
5 Azul Way
Santa Fe, NM 87508
vincelithgow@gmail.com

August 22, 2025

Honorable Sentencing Official

United States Federal Court

RE: Sentencing Consideration for Mark Chavez

Dear Sentencing Official:

My name is Clarence Vincent Lithgow, III, and I am a first cousin to Mark Chavez, whom you are imposing sentencing.  This is a letter of support for my cousin based on my personal relationship with him and based on my professional background.

First, Mark is seven years younger than I. I remember being an older cousin and holding him in my lap as a toddler.  He was a quiet and studious child. Mark was very respectful and offered a hand and did not expect a handout. I remember talking with him at his college graduation party when he told me that was wanted to go to medical school in California although he was already accepted by the University of New Mexico.  He waited patiently for five years to achieve his dream of being accepted into the University of California at Los Angels Medical School. After medical school Mark spent the next twenty years as an emergency room physician helping people in need and saving lives.

My second point is to explain my professional background. I have been in government financial management over the last 35 years. I have performed audits, some which resulted in finding fraud. I have provided testimony at several administrative, state and federal proceedings. The last was as a subject matter expert for the United States Attorney for a criminal case. During my career in state government, I worked for over 11 and a half years with the New Mexico Corrections Department (NMCD).  I participated in several special projects that included investigating inmates and staff, including two wardens. During my tenure at NMCD I dealt with convicted felons and learned the lessons of what incarceration and probation means.

When I was asked for a letter of reference I thought long and hard about the circumstances and my background. I do understand in a case like this that the people involved all have roles of varying degrees, some more sinister than others. Looking at all the circumstances in my limited purview, I do know that while my judgement may be considered sided with my cousin, I do realize that punishment for Mark should not be incarceration. He lost his medical license and subsequent profession, has been shamed in the national media and has and will continue to suffer loss of a once good-natured reputation. Mark does not pose a threat to society nor is he a flight risk or repeat offender. His error was in judgement and trust. For that reason, he will be forever reminded daily of his actions that led up to this situation.

With most respect,

*Clarence V. Lithgow III*  **Clarence V. Lithgow**

Digitally signed by Clarence V. Lithgow
Date: 2025.08.25 12:17:17 -06'00'

Clarence Vincent Lithgow, III