# EXHIBIT C

# Character Reference Letter

Gregory Damian
8701 E. Sandalwood Dr.
Scottsdale, AZ 85250

**Re: Character Reference for Dr. Mark Chavez**

To whom it may concern,

I am writing to provide a character reference for Dr. Mark Chavez, whom I have known personally and professionally for over ten years. I believe my longstanding relationship and direct experience with Dr. Chavez in multiple capacities provides valuable insight into his character and integrity.

## Personal Relationship

I first met Dr. Chavez over ten years ago, and we have maintained a close relationship throughout this period. This longstanding personal relationship has provided me with extensive opportunities to observe his character, values, and conduct across various personal and professional contexts.

## Professional Relationship

In 2023, I engaged Dr. Chavez as my concierge physician. Throughout our professional relationship, he demonstrated exceptional medical competence, reliability, and dedication to patient care. He worked collaboratively with me to develop a comprehensive, customized fitness and nutrition plan that reflected both his medical expertise and his commitment to individualized patient outcomes. His approach was consistently thorough, evidence-based, and focused on my long-term health and wellness.

## Business Integrity

Beyond our doctor-patient relationship, I have had the opportunity to observe Dr. Chavez's entrepreneurial capabilities and business ethics. I made a personal investment in his medical device company, which developed innovative gravity ball technology designed to assist individuals with limited grip strength. This venture demonstrates not only his ability to identify and address real medical needs but also his commitment to developing solutions that improve quality of life for patients with specific challenges.

## Character Assessment

Over the course of our decade-long relationship, Dr. Chavez has consistently demonstrated reliability, integrity, and strong moral character. He has shown himself to be trustworthy in both personal and professional contexts, honoring commitments and maintaining the highest standards of conduct. His dedication to helping others, whether as a physician caring for patients or as an entrepreneur developing assistive medical technology, reflects his fundamental commitment to service and ethical behavior.

I am confident that the individual I have known for ten years—characterized by professional competence, personal integrity, and genuine concern for others—represents Dr. Chavez's true character.

I hope this reference is helpful to your assessment.

Sincerely,

**Gregory Damian**