# EXHIBIT D

# FRANK W. BORST

4518 NE 132nd Street  l  Vancouver  l  Washington  l  98686

August 25, 2025

TO WHOM IT MAY CONCERN:

I have known Mark Chavez for about 10 years as a client, business partner, and friend. After all that time, I have a pretty good idea of the kind of person Mark is.

What has motivated Mark from the first time I met him was to radically change the healthcare system from one that is reactive to one that is proactive. As an emergency room doctor, Mark was always well liked by his colleagues and patients. He genuinely cared about their health, and so was able to explain complex health issues in layman terms that every patient could understand. He was frustrated by the way our current healthcare system focused on post-diagnosis care and not more proactive with prevention.

As a doctor and certified fitness trainer, Mark embarked upon creating a new approach to fitness called the Gravity Ball Method which emphasized movement, mobility, strength, and flexibility. Mark's hope was to educate society with a healthy way to exercise that didn't require an expensive gym membership or equipment. A way to improve a person's ability to move without pain and restriction in life's most important movements.

While Mark used his medical education and fitness credentials to develop the Gravity Ball Method, he also served as the primary capital partner in financing the business venture as well. He worked a number of shifts in the ER every month and invested 90% of his income back into the Gravity Ball business. Mark lived minimally so that the Gravity Ball Method had every opportunity to make a healthy difference in the lives of Americans and others around the world. His personal commitment to healthy life change for America approaches $900,000.

Some might think Mark's motivation was financial, but it wasn't. Mark brought in other executives like myself to steer the business side of the enterprise while he focused on the health side. His goal wasn't to lead a multi-million dollar fitness company; he envisioned a day where people could live longer, healthier lives creating memories with family and friends that they otherwise wouldn't have had.

His care for humankind had practical aspects as well. He volunteered regularly at a local university teaching entrepreneurship as a guest lecturer, or serving as a mentor/coach for students creating a business start-up. There was one student in particular who he offered a job with Gravity Ball to. Not because of her stellar business acumen, but because he saw a potential in her that he could develop as a part time employee by giving her real world experience.

You didn't have to go into a doctor's office to share a health issue with Mark. He listened to anyone with a malady, speaking in a manner the person could understand, giving them his medical opinion, and guiding them with the questions and testing they should speak to their personal healthcare provider about. Most of all, Mark gave them hope, hope in a future that is healthier than what they were presently experiencing.

# FRANK W. BORST

4518 NE 132nd Street  l  Vancouver  l  Washington  l  98686

Mark's caring for others stems from his childhood when he observed his dad's health issues early on.  Seeing his dad struggle and not having any healthcare options to improve his physical condition is one reason why Mark entered the medical profession in the first place.  As his parents got older and his mother developed dementia, Mark would drive from Southern California to Albuquerque, New Mexico on a monthly basis to spend time with his parents, even when mom didn't really recognize him anymore.

Yes, the Mark Chavez I know is a different person than the news services make him out to be. He has lived his entire life focused on improving the lives of others, showing kindness and care when others are in need.  Mark made a mistake, but he has taken full responsibility for this one poor decision he made.

There is a saying by a famous teacher that comes to mind:  *"Let the person who has never made a mistake be the first to condemn."* The teacher was requesting mercy for a person who made a pretty bad mistake. My hope is the court will take into consideration Mark's full body of work as a medical professional and as a person over these last many decades and grant him mercy as it decides what the future of his life looks like.  I know Mark will continue to dedicate his life for good, especially after this tragic incident.  He will be a more compassionate, more understanding, and more competent human being than he was before, and we need more people like that in the world.

Respectfully Submitted,

Frank W. Borst
frankwborst@gmail.com
(714) 936-7444