# EXHIBIT E

August 21, 2025

To Whom It May Concern:

I have had the opportunity to personally witness Mark Chavez's kindness to people and animals. In frank, painfully authentic conversations, Mark has been able to take responsibility. He has demonstrated remorse & regret for past mistakes and decisions he has made and is committed to a different, better future. His mission to help people and his special concern for shelter and rescue dogs is inspiring. And hopeful.

After being a hospice chaplain for over 40 years, I have developed a finely tuned "Baloney Barometer." I am able to tell the authentic from the nonsense. Mark demonstrates a clear commitment for changing his life in a good way.

I kindly ask you to consider mercy for Mark. I think we all would be served, as well as justice, by giving Mark another chance to make a positive and impactful difference that will benefit others…an opportunity to redeem and amend his past actions. Please feel free to call me if you have any questions. You can reach me at 520-309-5678.

Most Sincerely,
The Reverend Patrick S. Cunningham, M.Div.