UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | CR 24-00492-SPG-1 | Date: | December 16, 2025 |
|---|---|---|---|

| Present: The Honorable | SHERILYN PEACE GARNETT, United States District Judge |
|---|---|
| Interpreter: | |

| Patricia Gomez | Laura Elias | Ian Yanniello |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mark Chavez | √ | | √ | Matthew Binninger | √ | | √ |

**Proceedings:** SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of his right to appeal.

Bond is exonerated upon imposition of sentence.

_____ : 53

Initials of Deputy Clerk   PG