# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAVEZ, Mark<br><br>    Defendant. | Case No.: 24-CR-492-SPG-1<br><br>ORDER TO PERMIT TRAVEL TO THE DISTRICT OF NEW MEXICO |

    The Court has read and considered the Unopposed Ex Parte request to Permit Travel to the District of New Mexico. For good cause shown, and with no objection from the Government or Probation, the Court hereby grants the request and authorizes Mr. Chavez to travel to the District of New Mexico for one week to care for his parents and prepare for his home confinement. He must notify his Probation Officer on the day he leaves and the day he returns. He must return within one week.

Dated: December 29, 2025

Honorable Sherilyn Peace Garnett
United States District Judge

-1-