**MATTHEW C. BINNINGER**
California State Bar No. 265148
LAW OFFICE OF MATTHEW C. BINNINGER, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 889-2665
Matt@Binningerlaw.com

**ZACH A. BROOKS**
California State Bar No. 346455
ZACH BROOKS LAW, SP
421 Broadway Unit 698
San Diego, California 92101
Telephone: (619) 786-2785
Zbrooks@zachbrookslaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAVEZ, Mark<br><br>Defendant. | Case No.: 24-CR-492-SPG-1<br><br>Honorable Sherilyn Peace Garnett<br><br>UNOPPOSED EX PARTE REQUEST FOR RETURN OF U.S. PASSPORT AFTER SUCCESSFUL COMPLETION OF HOME DETENTION |

## I.    Statement of Facts

On December 16, 2025, this Court sentenced Mr. Chavez to no custody and three years of supervised release, including special conditions of eight months' home confinement and 300 hours of community service. Upon sentencing, the bond was exonerated. Mr. Chavez thereafter requested the return of his United States passport from Pretrial Services, which indicated that it would require an order from this Court before the passport could be returned.

1

The government does not oppose this request, provided that Mr. Chavez's passport is returned after he successfully completes his home detention. Accordingly, Mr. Chavez respectfully requests that this Court issue an order directing Pretrial Services to return his United States passport upon his successful completion of home confinement.

Respectfully submitted,

DATED: June 17, 2026

*Matthew C. Binninger*
**MATTHEW C. BINNINGER**
Law Office of Matthew C. Binninger, APC
Attorney for Mr. Chavez


*Zach A. Brooks*
**ZACH A. BROOKS**
Zach Brooks Law, SP
Attorney for Mr. Chavez

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the forgoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

**Ian Yanniello**
**Assistant US Attorney**


**Haoxiaohan Cai**
**Assistant US Attorney**


Respectfully submitted,

DATED: June 17, 2026

*Matthew C. Binninger*
**MATTHEW C. BINNINGER**
Law Office of Matthew C. Binninger, APC
Attorney for Mr. Chavez


*Zach A. Brooks*
**ZACH A. BROOKS**
Zach Brooks Law, SP
Attorney for Mr. Chavez

3